UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| RAUL DANIEL LIMONTA CHACON, | |
| Petitioner, | |
| v. | No. 6:26-CV-043-H |
| PHILLIP VALDEZ, et al., | |
| Respondents. | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 5, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on February 13, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE